**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BALJINDER SANDHU,<br><br>    Plaintiff,<br><br>    v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-04987-BLF<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY AND VCUSA'S RESPONSE THERETO**<br><br>[Re: ECF 37, 38] |

On December 16, 2016, Plaintiff filed a notice of supplemental authority in support of his motion to remand the action to Santa Clara Superior Court. ECF 37. Defendant Volvo Car USA, LLC ("VCUSA") subsequently filed a substantive response to Plaintiff's notice. ECF 38. Under Civil Local Rule 7-3(d), once a reply is filed, but before the noticed hearing date, "no additional memoranda, papers or letters may be filed without prior Court approval," with certain enumerated exceptions. Civ. L.R. 7-3(d). One of the exceptions is that "counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed . . . without argument." Civ. L.R. 7-3(d)(2). Here, Plaintiff's notice includes argument, and the Court did not authorize Defendant's response.

Because Plaintiff's notice and Defendant's response violate Civil Local Rule 7-3(d), the Court STRIKES them. The Court will not consider the arguments raised in Plaintiff's notice or in Defendant's response, but it will consider the cited cases to the extent the Court finds them relevant.

**IT IS SO ORDERED.**

Dated: December 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge