**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BALJINDER SANDHU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-04987-BLF<br><br>**ORDER STRIKING VCUSA'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>[Re: ECF 41] |

On December 22, 2016, Plaintiff filed a notice of supplemental authority in support of his motion to remand the action to Santa Clara Superior Court.  ECF 40.  Defendant Volvo Car USA, LLC ("VCUSA") subsequently filed a substantive response to Plaintiff's notice.  ECF 40.  Under Civil Local Rule 7-3(d), once a reply is filed, but before the noticed hearing date, "no additional memoranda, papers or letters may be filed without prior Court approval," with certain enumerated exceptions.  Civ. L.R. 7-3(d).  One of the exceptions is that "counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed . . . without argument."  Civ. L.R. 7-3(d)(2).  Here, while Plaintiff's notice complies with the Civil Local Rules, Defendant's one-page substantive response does not because the Court did not grant VCUSA leave to file the paper.  Because VCUSA's response violates Civil Local Rule 7-3(d), the Court STRIKES it.

　　　　**IT IS SO ORDERED.**

Dated: December 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge